# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCAS STROHMENGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY HUTS, LLC; QUALITY HUTS INDIANAPOLIS LLC; QUALITY HUTS MIDWEST LLC; and DOES 1 to 10,<br><br>Defendants. | Case No. 1:21-cv-01662-RLY-TAB |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear his or its own costs and attorneys' fees.

SO ORDERED this 28th day of September 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record via
e-mail generated by the court's ECF system.